IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **SHUNDRA ANDERSON** | § § § § § § § § § § | **CIVIL NO. 2:23-cv-00195-JRG**<br>**JURY DEMANDED** |
| **VS.** | | |
| **DOMINION FINANCIAL SERVICES, LLC** | | |

## ORDER GRANTING PLAINTIFF'S MOTION TO QUASH

On this the _____ day of _____, 2024, came on for consideration Plaintiff's Motion to Quash Defendant's Depositions on Written Questions in the above-styled and numbered cause. The Court, after considering said Motion, announced that it was of the opinion that said Motion should be granted.

It is, therefore, ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion to Quash Defendant's Depositions on Written Questions is hereby in all things GRANTED.