# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SHUNDRA ANDERSON | § § | |
| v. | § § | Case No. 2:23-cv-00195-RSP |
| DOMINION FINANCIAL SERVICES, LLC | § § § | |

## JUDGMENT

This matter having come before the Court for trial by jury on January 6, 2025, and the jury having rendered a unanimous verdict on January 8, 2025,

IT IS ORDERED AND ADJUDGED that the claims of Plaintiff Shundra Anderson against Dominion Financial Services, LLC are DISMISSED WITH PREJUDICE at Plaintiff's costs.

**SIGNED this 8th day of January, 2025.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE